No. 85–1363.   O'MAHONY v. CHICAGO TRANSIT AUTHORITY. C. A. 7th Cir.   Certiorari denied.

No. 85–1364.   CLADY ET AL. v. COUNTY OF LOS ANGELES. C. A. 9th Cir.   Certiorari denied.

No. 85–1368.   GALARDI ET AL. v. TOKAI BANK OF CALIFORNIA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 85–1369.   ZOLDESSY v. FOUNDERS TITLE CO.   C. A. 11th Cir.   Certiorari denied.

No. 85–1371.   DEPARTMENT OF FINANCE OF THE CITY OF NEW YORK v. FORBES, INC.   Ct. App. N. Y.   Certiorari denied.

No. 85–1374.   LOEB, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF LOEB, ET AL. v. BERGERON.   C. A. 1st Cir. Certiorari denied.

No. 85–1376.   GLASGOW, INC. v. NOETZEL ET UX.   Super. Ct. Pa.   Certiorari denied.

No. 85–1383.   KAONOHI OHANA, LTD. v. SUTHERLAND ET AL. C. A. 9th Cir.   Certiorari denied.

No. 85–1397.   VASQUEZ v. NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 85–1417.   TYLER-BARCOMB ET AL. v. CONNECTICUT. Sup. Ct. Conn.   Certiorari denied.

No. 85–1472.   BALLARD v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 85–1487.   MATCHETT v. CHICAGO COUNCIL OF LAWYERS ET AL.   App. Ct. Ill., 1st Dist.   Certiorari denied.